EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 1 |
| Conferencia Judicial | 173 DPR ____ |

Número del Caso: EC-2008-01

Fecha: 11 de enero de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re: Conferencia Judicial

Vigésima Cuarta
Sesión Ordinaria de la
Conferencia Judicial
de Puerto Rico:
Convocatoria

EC-2008-01


RESOLUCIÓN

San Juan, Puerto Rico, 11 de enero de 2008.


Por la presente se convoca a los jueces y juezas del Tribunal General de Justicia y del Tribunal de Apelaciones y a las personas que son miembros de la Conferencia Judicial, a la Vigésima Cuarta Sesión Ordinaria de la Conferencia Judicial, a celebrarse los días 14 y 15 de febrero de 2008, en el Hotel Condado Plaza, en San Juan.

Los trabajos de la Conferencia se enmarcarán en la presentación de los proyectos de enmiendas a las reglas procesales en materia civil, penal y derecho probatorio.

Los Jueces Administradores y las Juezas Administradoras, en consulta con los jueces y las juezas de sus respectivas regiones judiciales, tomarán las medidas necesarias para que el mayor número pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que tengan que atenderse durante esos días.

Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de causa probable se atiendan adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a las Fiscalías de Distrito y a las Comandancias de Zona de la Policía.

**In re: Conferencia Judicial**


Se coordinará con la Directora Administrativa de los Tribunales, Hon. Sonia I. Vélez Colón, la implantación de las medidas que sean necesarias para cumplir con lo dispuesto en el párrafo anterior.

Se instruye a la Directora del Secretariado de la Conferencia Judicial, Lcda. Lilia M. Oquendo Solís, a realizar todas las gestiones y trabajos de coordinación requeridos para esta Conferencia.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Publíquese.


                             Aida Ileana Oquendo Graulau
                             Secretaria del Tribunal Supremo